UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA ABERANT, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CONSUMER PORTFOLIO )<br>SERVICES, INC., )<br>)<br>Defendant ) | **Case No.: 3:15-cv-01378-WJN** |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: December 18, 2015        BY:   */s/ Craig Thor Kimmel*
                                                Craig Thor Kimmel, Esquire
                                                PA No. 57100
                                                Kimmel & Silverman, P.C
                                                30 East Butler Pike
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Facsimile: (877) 788-2864
                                                Email: kimmel@creditlaw.com
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Howard W. Donahue, Jr.
Lavin, O'Neil, Cedrone & DiSipio
190 N. Independence Mall, Suite 500
Philadelphia, PA 19106
Email: hdonahue@lavin-law.com

*Attorney for Defendant*

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
PA No. 57100
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff