# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANGELA ABERANT,        :
       Plaintiff       :    CIVIL ACTION NO. 3:15-CV-1378
                  :    (Judge Nealon)
   v.               :
                  :
CONSUMER PORTFOLIO    :
SERVICES, INC.,          :
       Defendant    :

## <u>ORDER</u>

**AND NOW, THIS 21ST DAY OF DECEMBER, 2015**, upon consideration

of Plaintiff's notice of voluntary dismissal filed pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i), (Doc. 16), **IT IS HEREBY ORDERED THAT:**

1.    The above-captioned action is **DISMISSED WITH PREJUDICE**;

2.    Defendant's motion to dismiss, (Doc. 9), is **DISMISSED** as **MOOT**; and

3.    The Clerk of Court is directed to **CLOSE** this case.


/s/ William J. Nealon
**United States District Judge**